

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE HANDORF, BOAGF HOLDCO LP, and PHT HOLDING II LP, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>MILLIMAN, INC.,<br><br>Defendant. | Civil Action No. 1:24-mc-00094-JGLC<br><br>NOTICE OF STIPULATED MOTION TO TRANSFER MOTION TO COMPEL NON-PARTY MILLIMAN, INC.<br><br><u>Underlying Litigation:</u><br><br>*Handorf, et al. v. Transamerica Life Ins. Co.*, No. 1:23-cv-32-CJW-MAR (N.D. Iowa) |

**Please take notice** that pursuant to Federal Rule of Civil Procedure 45, Plaintiffs Lawrence Handorf, BOAGF Holdco LP, and PHT Holding II LP ("Plaintiffs") hereby move the Court to transfer its Motion to Compel Non-Party Milliman, Inc. to the Issuing Court in the Underlying Litigation, to which Milliman, Inc. consents.

This motion is based upon this notice, the Memorandum of Law in Support of Motion to Transfer Motion to Compel Non-Party Milliman, Inc., the Declaration of Brandon Bias and exhibits attached thereto, and such evidence and argument as may be requested or permitted by the Court on this motion.

Date:   March 2, 2024                    */s/ Ryan Kirkpatrick*

Seth Ard (SDNY Bar No.: SA1817)
sard@susmangodfrey.com
Ryan C. Kirkpatrick (SDNY Bar No.: 5643721)
rkirkpatrick@susmangodfrey.com
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
Fax: (212) 336-8340

Brandon Bias (*pro hac vice* forthcoming)
bbias@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Attorneys for Plaintiffs*
*Lawrence Handorf, BOAGF Holdco LP,*
*and PHT Holding II LP*

Based on the parties' agreement, the Court hereby GRANTS to the motion to transfer. The Clerk of the Court is directed to transfer this case to the Cedar Rapids Division of the Northern District of Iowa.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 4, 2024
      New York, New York